# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| BRENDA COTHRAN, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:20-CV-00481-SDJ-CAN |
| v. | § | |
| | § | |
| ABDUL KOOMSON, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Currently this case is set for a telephonic status conference on ***Monday, June 20, 2022, at 2:00 p.m.*** [Dkt. 113]. The Court inadvertently set the status conference on a federal holiday, which necessitates rescheduling. Accordingly,

It is therefore **ORDERED** that the telephonic status conference set for Monday, June 20, 2022, at 2:00 p.m. [Dkt. 113] is hereby rescheduled to ***Tuesday, June 21, 2022, at 3:30 p.m.***

The Court provides participants with the teleconference call-in information, as follows:

**ATT Toll-Free Conference Number: 877-336-1839**

**Access Code: 5754049, followed by #**

Participants are directed to call this number no later than 3:25 p.m.

**IT IS SO ORDERED**.
 SIGNED this 16th day of May, 2022.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER – Page Solo