UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRENDA COTHRAN, | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-00481-SDJ-AGD |
| | § | |
| ABDUL KOOMSON, ET AL. | § | |

### MEMORANDUM ADOPTING IN PART AND MODIFYING IN PART THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered a Report, (Dkt. #150), recommending that Plaintiff Brenda Cothran's Motion for Summary Judgment against Defendants Paul Ogbolu and Rayzbung Enterprises (Dkt. # 147) be granted. Plaintiff filed an objection (Dkt. #151). Therein, Plaintiff requests that the Report be amended to reflect that the emails sent from "Jim Harry" be attributed to Abdul Koomson and/or Christian Hadeh instead of Paul Ogbolu (Dkt. #151 at p. 2).

Having received the Report of the Magistrate Judge, considered Plaintiff's objection, (Dkt. #151), and having conducted a de novo review, the Court is of the opinion that as modified below, the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report, as modified, as the findings and conclusions of the Court. The Court finds that Abdul Koomson and/or Christian Hadeh, not Paul Ogbolu, sent Plaintiff emails posing as "Jim Harry." Defendants Ogbolu and Rayzbung's role was to receive fraudulent funds.

- 2 -

It is therefore **ORDERED** that Plaintiff Brenda Cothran's Motion for Summary Judgment against Defendants Paul Ogbolu and Rayzbung Enterprises (Dkt. # 147) is **GRANTED**.

**So ORDERED and SIGNED this 26th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE