**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| BRENDA COTHRAN, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:20-CV-481-SDJ-AGD |
| | § | |
| v. | § | |
| | § | |
| ABDUL KOOMSON, ET AL., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 28, 2026, the Magistrate Judge entered a Report, (Dkt. #155), recommending that Plaintiff Brenda Cothran's ("Plaintiff") Motion for Default Judgment ("Motion"), (Dkt. #132), be granted in part. Therein, the Report recommended Plaintiff's Motion be granted as to her claims for fraud, conspiracy to commit fraud, violations of the Texas Theft Liability Act, and unjust enrichment. The Report further recommended that Plaintiff's Motion be denied as to her Racketeer Influenced Corrupt Organizations Act ("RICO") claims. The Report finally recommended that Plaintiff be afforded twenty (20) days to move for damages in light of the one-satisfaction rule, specifically detailing which successful claims implicate which Defendants, the amount of damages requested, and the appropriate attorneys' fees and costs, if this Court adopted the Report. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Default Judgment, (Dkt. #132), is **DENIED** as to her RICO claims.

It is further **ORDERED** that Plaintiff's Motion for Default Judgment, (Dkt. #132), is **GRANTED** as to her claims for fraud, conspiracy to commit fraud, violations of the Texas Theft Liability Act, and unjust enrichment. Within twenty (20) days of the entry of this Memorandum Adopting the Report and Recommendation of United States Magistrate Judge, Plaintiff shall move for damages in light of the one-satisfaction rule, specifically detailing which successful claims implicate which Defendants, the amount of damages requested, and appropriate attorneys' fees and costs.

**So ORDERED and SIGNED this 29th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE